

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 22, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Michael Martinez*, 17 Cr. 123 (LAP)

Dear Judge Preska:

    Defendant Michael Martinez is scheduled to appear on Monday, March 27, 2023 for a status conference on a pending Probation Petition that alleges several violations of supervised release. Probation has learned that the defendant's pending state case that arises from the same facts as several specifications has been adjourned to July 28, 2023. Accordingly, the parties respectfully request the March 27 conference be adjourned. We understand the Court to be available on August 15, 2023 at 10:00 a.m. and respectfully propose that date and time.

```
The conference is adjourned. The
parties shall appear for a
conference on August 15, 2023,
at 10:00 AM in Courtroom 12A.

SO ORDERED.

[signature: Loretta A. Preska]
3/23/23
```

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
    Frank J. Balsamello / Matthew Hellman
        Anden Chow
    Assistant United States Attorney
    (212) 637-2325 / -2278 / -2348

    cc:    Daniel Stein, Esq., *counsel for defendant Michael Martinez* (via ECF)