UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America,           :
                                    :
                                    :
            Plaintiff(s),           :   17 CR 123-20 (LAP)
                                    :
                                    :   SCHEDULING ORDER
      -against-                     :
                                    :
Michael Martinez,                   :
                                    :
            Defendant(s).           :
                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    It is hereby

    ORDERED that the proceeding scheduled for August 30, 2023 at 12:30 pm is adjourned to September 27, 2023 at 11:30 am.

SO ORDERED.

                                                  _____
                                                  Loretta A. Preska, Senior U.S.D.J.

Dated:  New York, New York
        August 10, 2023