# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

September 26, 2023

**ELECTRONICALLY FILED**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Michael Martinez*, 1:17-cr-00123-LAP-20

Dear Judge Preska:

We represent the defendant, Michael Martinez, in the above-captioned matter. We respectfully request a one week adjournment of the final hearing regarding revocation of supervised release currently scheduled for September 27, 2023. *See* ECF No. 1032. This is the parties' first request for adjournment.

We are presently engaged in discussions with the Government regarding a likely resolution in the matter. The Government consents to this request for additional time, as indicated by Assistant United States Attorney Frank Balsamello. Accordingly, we respectfully request that the Court adjourn the hearing to Wednesday, October 4th, 2023, at 2:30 pm.

Respectfully submitted,

/s/ Daniel L. Stein

Daniel L. Stein

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

9/27/23