**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------

**UNITED STATES**

vs.

Michael Martinez

17 __ Cr. 123 __ ( LAP )

**Order**

**To: U.S. Marshals Office**

**It is hereby ordered :**

That the Defendant, Michael Martinez                    , Reg # 78835-054

_plus 2weeks up_

having been sentenced in the above case to a term of  Time Served; The U.S. Marshals are to

release the defendant unless any  pending warrants, detainers or other issues  are encountered.

_____
**United States District Judge**

10/4/23
_____
**Date**